IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,          No. 1:07-CV-00605 ALA HC

    vs.

C. MEDINA, et. al.,

    Respondents.     ORDER
_____/

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Petitioner's motion for an extension of time to show cause is hereby GRANTED. Petitioner shall show cause, as requested by the Court's prior order (doc. 6), on or before September 25, 2007.

DATED: August 7, 2007

                                             /s/ Arthur L. Alarcón
                                             UNITED STATES CIRCUIT JUDGE
                                             Sitting by Designation

1