IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

      Petitioner,               No. 1:07-CV-00605 ALA HC

      vs.

C. MEDINA, et al.,

      Respondents.           <u>ORDER</u>

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On June 18, 2007, the Magistrate Judge assigned to this matter ordered Petitioner to show cause within thirty days as to why this petition should not be dismissed because the claims were not presented to the state's highest court. On July 5, 2007, Petitioner requested an extension of time to respond. Petitioner was granted until September 25, 2007 to respond. Petitioner has failed to do so.

      Therefore, IT IS HEREBY ORDERED that Petitioner's petition for writ of habeas corpus is dismissed.

/////

DATED: November 15, 2007

                                                /s/ Arthur L. Alarcón
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation