IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,                    No. 1:07-CV-00605 ALA HC

    vs.

C. MEDINA, et al.,

    Respondents.                ORDER
_____/

    Petitioner Jason Saunders is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On June 18, 2007, the Magistrate Judge assigned to this matter ordered Petitioner to show cause within thirty days as to why this petition should not be dismissed because the claims were not presented to the state's highest court. On July 5, 2007, Petitioner requested an extension of time to respond. Petitioner was granted until September 25, 2007, to respond. Petitioner failed to do so. On November 19, 2007, this court dismissed the petition.

    On December 7, 2007, Petitioner filed a motion for reconsideration. Petitioner claims that he mailed a motion for an extension of time to respond to the court on September 20, 2007. That motion was not received by the court. However, good cause appearing, Petitioner's motion for reconsideration will be granted.

    Therefore, IT IS HEREBY ORDERED that

        1. The court's November 15, 2007, order dismissing the petition is VACATED;

and

2. Petitioner is granted thirty-five (35) days from the date of this order to respond to the court's June 19, 2007, order to show cause.

/////

DATED: December 13, 2007

                                                 /s/ Arthur L. Alarcón
                                                 UNITED STATES CIRCUIT  JUDGE
                                                 Sitting by Designation