IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,                    No. 1:07-CV-00605 ALA HC

    vs.

C. MEDINA, et al.,

    Respondents.                <u>ORDER</u>

        Petitioner Jason Saunders is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On June 18, 2007, the Magistrate Judge assigned to this matter ordered petitioner to show cause within thirty days as to why this petition should not be dismissed because the claims were not presented to the state's highest court. On July 5, 2007, petitioner requested an extension of time to respond. Petitioner was granted until September 25, 2007, to respond. Petitioner failed to do so. On November 19, 2007, this court dismissed the petition.

        On December 7, 2007, petitioner filed a motion for reconsideration. This court granted that motion on December 14, 2007, and ordered petitioner to respond within thirty-five days. Petitioner has now filed a motion for an extension of time. That motion will be granted, however, petitioner is cautioned that the court does not intend to grant further extensions of time.

/////

/////

1  Therefore, IT IS HEREBY ORDERED that

2  1.  Petitioner's January 28, 2008, motion for an extension of time is GRANTED; and

3  2.  Petitioner is granted thirty-five (35) days from the date of this order to respond to the

4  court's June 19, 2007, order to show cause.

5  /////

6  DATED: January 29, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation