IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,                   No. 1:07-CV-00605 ALA HC

    vs.

C. MEDINA, et al.,

    Respondents.               ORDER

        Petitioner Jason Saunders is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On June 18, 2007, the Magistrate Judge assigned to this matter ordered petitioner to show cause as to why this petition should not be dismissed because the claims were not presented to the state's highest court. On March 12, 2008, petitioner submitting documents showing that petitioner did exhaust his federal claims in the Fresno Superior Court. That court denied petitioner's petition for habeas corpus relief on January 2, 2007. Plaintiff's Response to Order to Show Cause, Ex. A at 3-4. Thereafter, his petitions were summarily denied by the California Court of Appeal and the California Supreme Court before he filed his Section 2254(a) application in the Eastern District. *Id*. at 9-13. The court's order to show cause will therefore be discharged.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

1

/////

Therefore, IT IS HEREBY ORDERED that:

1. The court's June 19, 2007, order to show cause is discharged;

2. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. *See* Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

/////

DATED: March 19, 2008

/s/ Arthur L. Alarcón  
UNITED STATES CIRCUIT JUDGE  
Sitting by Designation