IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS

     Petitioner,                  No. 1:07-CV-00605 ALA HC

     vs.

C. MEDINA, et al.,               ORDER

     Respondents.

_____/

     The matter before the Court has been pending for a significant period of time. As a result, some of the authority relied upon by the parties may have been overruled or otherwise reexamined. If the parties learn of the existence of any authority that may have a material impact on the case before the Court *after* the parties' briefs have been filed, the parties must promptly advise the Court of that new authority.

     If there has been any such change in the authority applicable to this case, the parties are directed to file, on or before April 24, 2008, simultaneous briefs consisting of no more than 7 pages, discussing any arguments based on the supplemental authority.

DATED: April 7, 2008

                                                   /s/ Arthur L. Alarcón
                                                   UNITED STATES CIRCUIT JUDGE
                                                   Sitting by Designation