IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,               Case No. 1:07-cv-00605 ALA (HC)

    vs.

C. MEDINA, et. al.,

    Respondents.        **ORDER**

    On April 24, 2008, Respondents filed a Motion for Extension of Time to file an Answer. (Doc. 22).

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' Motion for Extension of Time is granted; and

    2. Respondents' Answer must be filed no later than May 26, 2008.

DATED: April 28, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation