IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,                   Case No. 1:07-cv-00605 ALA (HC)

    vs.

C. MEDINA, et. al.,

    Respondents.             **ORDER**

_____/

      On April 28, 2008, Plaintiff filed a motion titled "PETITIONER' APPLICATION FOR ORDER STAYING APRIL 07, 2008, ORDER IN ABEYANCE OF RESPONDENT'S ANSWER TO PETITION." (Doc. 24). This Court construes Petitioner's filing as a request for an extension of time to file the ordered additional briefing. (Doc. 19). Petitioner's request is GRANTED.

      It is HEREBY ORDERED that both parties submit the aforementioned additional briefing on or before June 16, 2008, three weeks after the Respondents are ordered to submit an Answer.

/////

DATED: May 16, 2008

                                                    /s/ Arthur L. Alarcón
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28