IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,               Case No. 1:07-CV-00605 ALA (HC)

    vs.

C. MEDINA, et. al.,

    Respondents.            <u>ORDER</u>

_____/

    Defendants filed an Answer to Petitioner's application for writ of habeas corpus. (Doc. 26). Accordingly, IT IS HEREBY ORDERED that Plaintiff file a Traverse in response on or before July 1, 2008.

/////

DATED: June 3, 2008

                                                    <u>/s/ Arthur L. Alarcón</u>
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation