IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,          No. 1:07-CV-00605 ALA (HC)

    vs.

C. MEDINA, et. al.,

    Respondents.          <u>ORDER</u>

_____/

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Petitioner's second application for an extension of time to file a reply to Respondent's answer to Mr. Saunder's petition is GRANTED. Petitioner shall file a reply on or before October 10, 2008.

/////

DATED: September 10, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation