IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

    Petitioner,                    No. 1:07-cv-00605 ALA (HC)

    vs.

C. MEDINA, et. al.,

    Respondents.                ORDER

_____/

      Petitioner is a state prisoner proceeding *pro se* with an application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254(a). Pending before this Court is Petitioner's third motion for an extension of time to file a traverse to his application for a writ of habeas corpus. (Doc. 32.) Petitioner asserts he was unable to timely file a traverse due to complications arising from a painful medical condition. Good cause appearing, it is hereby ORDERED that Petitioner's motion is GRANTED. Petitioner shall file a traverse on or before Friday, November 14, 2008. Petitioner is cautioned that the filing of a traverse is optional, *see* L.R. 81-191(j)(4) ("petitioner *may* file a traverse") (emphasis added), and this Court will not consider any further requests for extensions of time.

DATED: October 17, 2008

                                     /s/ Arthur L. Alarcón
                                     UNITED STATES CIRCUIT JUDGE
                                     Sitting by Designation