IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SAUNDERS,

     Petitioner,                   No. 1:07-cv-00605 ALA (HC)

    vs.

C. MEDINA, et. al.,

     Respondents.              <u>ORDER</u>

_____/

     On November 20, 2008, this Court denied Petitioner Jason Saunders' ("Petitioner") application for a writ of habeas corpus. (Doc. 36). Petitioner has filed a timely notice of appeal. (Doc. 38). However, before Petitioner can appeal this decision, a certificate of appealability must issue. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

     A certificate of appealability may issue under 28 U.S.C. § 2253(c)(2) "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this standard, Petitioner must show: (1) that the issues are debatable among jurists of reason; or (2) that a court could resolve the issues in a different manner; or (3) that the questions are adequate to deserve encouragement to proceed further. *Lambright v. Stewart*, 220 F.3d 1022, 1024-25 (9th Cir. 2000) (citing *Slack v. McDaniel*, 529 U.S. 473 (2000); *Barefoot v. Estelle*, 463 U.S. 880 (1983)). Petitioner does not have to show "that he should prevail on the

1  merits [since he] has already failed in that endeavor ." *Lambright*, 220 F.3d at 1025 (citing

2  *Barefoot*, 463 U.S. at 893 n. 4).

3      Petitioner's arguments do not present issues that are debatable among jurists of reason;

4  therefore, this Court will not encourage Petitioner to seek further review.  This Court also finds

5  that no other court would resolve the issues presented in a different manner.

6      Accordingly, it is HEREBY ORDERED that a certificate of appealability shall not

7  issue.

8  /////

9  DATED: December 19, 2008

10     /s/ Arthur L. Alarcón  
    UNITED STATES CIRCUIT  JUDGE  

11     Sitting by Designation